■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LORENZO ISAAC, Appellant.— Motion to dismiss appeal denied with leave to renew. Respondent is directed to serve moving papers on defendant.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSHA WAY JACKSON, Appellant.— Motion granted to prosecute appeal on original papers and five handwritten copies of brief. Application for counsel denied. (See *People* v. *Breslin*, 4 N Y 2d 73.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELBERT Ross, Appellant.— Motion to dismiss appeal denied. (See *People* v. *Wilson*, 7 N Y 2d 568.) Defendant's motion to reargue granted and permission granted to appeal on original papers and typewritten briefs and time for argument of appeal enlarged to include September 1960 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARLOS STEVENSON, Appellant.— Motion to dismiss appeal denied. Reargument of motion to prosecute appeal on typewritten papers from order entered March 19, 1957 granted on court's motion and on reargument, motion granted; time for argument of appeal enlarged to include September 1960 Term of court.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD M. BARR, JR., Appellant.— Motion granted to prosecute appeal on original papers, five handwritten briefs, and time for argument of appeal enlarged to include September 1960 Term of court. Application for counsel denied. (See *People* v. *Breslin*, 4 N Y 2d 73.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FLOYD EDWARD MATSON, Appellant.— Motion to reargue granted, and upon reargument, motion granted to appeal on original papers, typewritten briefs. Application for counsel denied. (See *People* v. *Breslin*, 4 N Y 2d 73.) It appears from the papers that the defendant has a copy of the transcript of the proceedings of February 7, 1951 upon arraignment on the second felony information.

■ ARTHUR LEVITT, as Comptroller of the State of New York, Plaintiff v. GEORGE W. WANAMAKER et al., Defendants.— Motion to argue case on June 29, 1960 denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BARRY R. CORWIN, Appellant.— Motion to dismiss appeal denied with leave to renew upon proof of service upon the attorney of record and upon the appellant in person.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PHILANDER DAVIS, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNARD KUZEWICZ, JR., Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LESLIE RENOUS, Appellant.— Motion to dismiss appeal denied.